NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

UNITED ASSOCIATION OF JOURNEY-MEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING IN-DUSTRY OF THE UNITED STATES AND CANADA, A. F. OF L., Plumbers and Steamfitters Local Union 234, and C. L. Lipsey, Its Agent, Respondents.

No. 15850.

United States Court of Appeals
Fifth Circuit.
April 12, 1956.

Owsley Vose, Atty., NLRB, Marcel Mallet-Prevost, Assistant General Counsel, NLRB, David P. Findling, Assoc. Gen. Counsel, NLRB, Washington, D. C., Theophil C. Kammholz, General Counsel, Margaret M. Farmer, Attorneys, National Labor Relations Board, Washington, D. C., for petitioner.

Edwin C. Coffee, Edwin C. Coffee, Jr., Jacksonville, Fla., Coffee & Coffee, Jacksonville, Fla., for respondents.

Before RIVES, TUTTLE and JONES, Circuit Judges.

PER CURIAM.

Finding ourselves in agreement with the majority of the Board, 112 N.L.R.B. No. 177, as supported by the opinion of the Tenth Circuit in N.L.R.B. v. Local Union No. 55, 218 F.2d 226, 232, the order of the Board is

Enforced.

George C. STRONG, Plaintiff, Appellant,

v.

William J. BLAKE, etc., et al., Defendants, Appellees.

No. 5084.

United States Court of Appeals
First Circuit.
April 11, 1956.

George C. Strong, pro se.

Andrew A. Caffrey, Asst. U. S. Atty., Boston, Mass., with whom Anthony Julian, U. S. Atty., Boston, Mass., was on brief, for appellees.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

The judgment of the District Court of December 14, 1955, and the order of that Court of January 13, 1956, denying motion for rehearing, are affirmed.